CRIMINAL COMPLAINT
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Brandon J. Fountain**<br>DOB: 1981; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**21-04561MJ** |

Complaint for violation of Title 21, United States Code, Section 846

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
Beginning at a time unknown, and continuing to on or about July 30, 2021, at or near Nogales, in the District of Arizona, **Brandon J. Fountain** did knowingly and intentionally combine, conspire, confederate and agree together and with other persons known and unknown to possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi); and 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).
All in violation of Title 21, United States Code, Section 846.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On July 30, 2021, at approximately 1:43 p.m., **Brandon J. FOUNTAIN** presented himself for entry into the United States from the Republic of Mexico at the Mariposa Port of Entry in Nogales, Arizona. **FOUNTAIN** was a passenger on a passenger shuttle bus. During inspection, the bus driver alerted Customs and Border Protection Officers (CBPOs) that **FOUNTAIN** had been acting suspicious. The bus driver stated he examined the bus before any passengers boarded and made sure the bathroom door was locked. The driver then stated he noticed an African American male, wearing a hat and a red shirt, board the bus first and go directly to the bathroom. The driver stated he was in the bathroom for a short period of time, then exited and took a seat. The bus driver stated there is a camera on board. CBPOs conducted a manual, visual and canine inspection of the bus. The CBP canine alerted to an odor it is trained to detect emanating from seat 44 on the bus and CBPOs discovered one package wedged in between the seats. CBPOs searched the bathroom of the bus and discovered additional packages in a natural void behind the mirror. The CBP canine also conducted a sniff of **FOUNTAIN** and alerted to a trained odor emanating from the backpack **FOUNTAIN** had in his possession. CBPOs discovered a total of five packages. Representative samples of the contents of the packages tested positive for the characteristics of fentanyl and methamphetamine. The fentanyl had a total weight of 513.4 grams and the methamphetamine had a total weight of 2.36 kilograms.

After waiving his *Miranda* rights, **FOUNTAIN** initially stated he did not enter the bus bathroom. **FOUNTAIN** stated he entered the bus and sat towards the rear of the bus. When agents advised **FOUNTAIN** there was a camera on board, **FOUNTAIN** then changed his story and stated he did not place the drugs on the bus. **FOUNTAIN** stated he went to the bathroom to make sure the drugs were there and that he also checked the seat to make sure those drugs were there as well. **FOUNTAIN** stated "they told him" where the narcotics were concealed, and that is how he knew where to check. **FOUNTAIN** stated the drugs were in the bathroom mirror. **FOUNTAIN** also admitted to knowing about narcotics hidden in the bus seat. **FOUNTAIN** was going to be paid $600 to "watch the bus".

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| REQUEST DETENTION<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>JS2/pl<br>AUTHORIZED AUSA *Julie Sottosanti* | SIGNATURE OF COMPLAINANT<br>**MLADEN BRALJ** Digitally signed by MLADEN BRALJ<br>Date: 2021.08.02 09:55:50 -07'00'<br><br>OFFICIAL TITLE<br>HSI Special Agent<br>Mladen Bralj |
|---|---|
| Sworn to telephonically. | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Maria S. Aguilera* | DATE<br>August 2, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1 and 54